NUMBER 13-04-087-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

LAURENCE ROBERT LAROSE A/K/A 
ROWDEY KRZEWINSKI,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam


         Appellant, LAURENCE ROBERT LAROSE A/K/A ROWDEY KRZEWINSKI,
attempts to appeal a conviction for sexual assault of a child and indecency with a
child. The trial court has certified that “the defendant has waived the right of appeal.” 
See Tex. R. App. P. 25.2(a)(2).
         On February 23, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On May 21, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certification currently on file with this Court
is incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                                                 PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).

Opinion delivered and filed this
the 3rd day fo June, 2004.